### NEW ORLEANS AND CARROLLTON RAILROAD COMPANY v. HOOD.

Where the record of appeal is not filed within three judicial days after the return day, and no extension of time has been obtained, the appeal must be dismissed, if required by the appellee. C. P. 585, 590.

APPEAL from the District Court of Carroll, *Copley*, J. *Browder* and *Blackburn*, for the appellants. *Willson* and *Dupay*, for the defendant. The judgment of the court was pronounced by

KING, J. The appellee has moved to dismiss this appeal, on the ground that the transcript was not filed within three judicial days after the return day.

The appeal was made returnable on the second monday of February, 1848, which was the 14th day of the month. The court was in session on the 14th, 15th, 16th and 17th days of the month. The record was not filed until the 31st. No extension of time for bringing up the record was granted, nor applied for. The appellant has three judicial days after the return day, within which to file the transcript. If he permit that delay to expire without filing it, or attaining further time for bringing it up, the appellee may himself bring up the record and insist of right on the dismissal of the appeal, or he may claim the dismissal if the transcript be filed by the appellant without permission after the expiration of the delay. C. P. 588, 590. 8 La. 206. 7 La. 350. 6 Rob. 79. The motion of the appellee has been made in time, and must be sustained.                    *Appeal dismissed.*